■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN SWONTEK, Also Known as BRIAN SWIATEK, Appellant. (Appeal No. 4.) [734 NYS2d 919] —Judgment unanimously affirmed. Same Memorandum as in *People v Swontek* ([appeal No. 1] 289 AD2d 889 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Bail Jumping, 2nd Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Burns, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENARD J., Appellant. [734 NYS2d 918] —Adjudication unanimously affirmed. Memorandum: We reject defendant's contention that the verdict is against the weight of the evidence. "In a bench trial, as in a jury trial, the credibility determinations made by the trier of fact are entitled to great deference" (*People v Robinson,* 272 AD2d 943, *lv denied* 95 NY2d 870). Upon our review of the conflicting evidence, we cannot conclude that "the trier of fact has failed to give the evidence the weight it should be accorded" (*People v Bleakley,* 69 NY2d 490, 495). (Appeal from Adjudication of Supreme Court, Erie County, Rossetti, J.—Youthful Offender.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Burns, JJ.